tion by the Subsidiary High Court of Ancient Order of Foresters and another against Thomas Gray and others. No opinion. Order affirmed, with $10 costs and disbursements.

SUSSMAN v. EDELMAN et al. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Matilda Sussman against Morris Edelman and others. No opinion. As the County Court of Kings County could not possibly obtain jurisdiction by the practice pursued by the respondent in this case, its order is wholly void, and it must therefore be reversed, with $10 costs and disbursements.

SWIFT & CO., Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1910.) Action by Swift & Co. against the New York & Queens County Railway Company. No opinion. Motion for reargument denied, with costs. For former decision, see 120 N. Y. Supp. 203.

SWING, Appellant, v. BURKE, Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by James B. Swing against Walker A. Burke. G. Ryall, for appellant. R. L. Redfield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SZAG, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Elsbeth Meyer Szag against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $12,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

ROBSON, J., dissents, and votes for reversal.

In re TAILER. (Supreme Court, Appellate Division, First Department. December 31, 1909.) In the matter of Edward N. Tailer. No opinion. Motion granted. Settle order on notice.

THAYER, Respondent, v. VILLAGE OF PENN YAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Sampel I. Thayer, as administrator, etc., against the Village of Penn Yan.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

THOMAS, Appellant, v. QUINBY, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1910.) Action by Adeline Thomas, an infant, by Oscar B. Thomas, her guardian ad litem, against Franklyn Quinby. No opinion. Order affirmed, with $10 costs and disbursements.

THOMAS, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Charles R. Thomas against John H. Springer. No opinion. Motion for reargument denied, with costs. For former decision, see 119 N. Y. Supp. 463.

THOMAS, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Clare F. Thomas against John H. Springer. No opinion. Motion for reargument denied, with costs. For former decision, see 119 N. Y. Supp. 460.

THOMPSON, Respondent, v. McLAUGHLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by George T. Thompson against James R. McLaughlin and others.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

ROBSON, J., not sitting.

TREADWELL, Appellant, v. UNITED VERDE COPPER CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by George A. Treadwell against the United Verde Copper Company and others. C. M. Demond, for appellant. A. B. Cruikshank, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, upon the ground that in the opinion of the court this is not a proper case for an allowance. Order filed. See, also, 134 App. Div. 394, 119 N. Y. Supp. 112.

TREDWELL et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division. Second Department. December 30, 1909.) Action by Annie M. Tredwell and Henry C. Tredwell, as executors, etc., of Timothy Tredwell, deceased, against Millard F. Smith.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error of the trial justice in admitting in evidence entries in a book purporting to be kept by Timothy Tredwell, deceased. Vosburgh v. Thayer, 12 Johns. 461; Smith v. Smith, 163 N. Y. 168, 57 N. E. 300, 52 L. R. A. 545; Collins v. Carlin, 106 App. Div. 204, 94 N. Y. Supp. 317.

TRUMBLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by William A.